BEFORE THE THIRD DIVISION, OCTOBER 9, 1961

No. 66128.—Frank P. Dow Co., Inc., a/c United China and Glass Company v. United States, protest 196049–K (Portland, Oreg.).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of decorative after-dinner cups and saucers the same in all material respects as those the subject of *United States* v. *The Baltimore & Ohio R. R. Co. a/c United China & Glass Company* (47 C.C.P.A. 1, C.A.D. 719), the claim of the plaintiff was sustained.